## JORDAN v. STATE.
### No. 21725.

Court of Criminal Appeals of Texas.
Oct. 22, 1941.

J. G. Minkert, of Bryan, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of murder with malice and sentenced to serve twenty-five years in the penitentiary.

The proceedings appear regular. The record is before us without statement of facts or bills of exception, and there is nothing presented for review by this court.

The judgment is affirmed.